■ BETH-EL HOSPITAL, INC., Respondent, v. LEON DAVIS, Individually and as President of Drug & Hospital Employees Union, Local No. 1199, AFL-CIO, et al., Appellants, et al., Defendants.— Motion by appellants to stay execution of order adjudging them in contempt and directing their commitment, pending appeal from such order. Motion dismissed as academic in view of the decision on the appeal (Beth-El Hosp. v. Davis, 16 A D 2d 934). Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ RUTH E. BUSK, Appellant, v. CHARLES W. BUSK, Respondent.— Motion by appellant for a stay, pending appeal, denied. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ In the Matter of JACOB OLINER et al., Petitioners, v. FRANK H. COYNE, as Official Referee of the Supreme Court, et al., Respondents.— Application by petitioner, pursuant to article 78 of the Civil Practice Act, to restrain respondent, Hon. FRANK H. COYNE, Official Referee of the Supreme Court, from signing a judgment of foreclosure and sale in a certain action now pending in the Supreme Court, Westchester County. Application denied. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ In the Matter of E. F. W. WILDERMUTH, Appellant, v. LOUIS J. LEFKOWITZ, as Attorney-General of the State of New York, Respondent.— In a proceeding to quash a subpœna directing appellant to appear for examination, issued under the Martin Act by the respondent, the appellant moves for a stay of the order denying his application, pending his appeal therefrom; appellant also moves for leave to prosecute his appeal on the original papers. Motion denied in all respects. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hill, JJ., concur.

■ SUSAN RISHIN, Respondent, v. MARVIN RISHIN, Appellant. (Action No. 1.) SUSAN RISHIN, Respondent, v. MARVIN RISHIN, Appellant, et al., Defendants. (Action No. 2.) — Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the October Term, beginning October 1, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before August 20, 1962. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ LOUISE WOLBERT, Appellant, v. GEORGE A. WOLBERT, Respondent.— Motion by appellant: (1) for reargument or for leave to appeal to the Court of Appeals; (2) for a stay; and (3) to compel restitution. Motion in all respects denied. Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.